UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Iris Francis, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 15-cv-13746 GAO |
| | * |
| Beth Israel Deaconess Medical Center, | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

May 26, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on May 26, 2016 [#15] GRANTING Defendant's Motion to Dismiss for Lack of Jurisdiction, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge